UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JAMES RAY DAUGHERTY, STEVE DANIEL ALLEN, WILLIAM ORMAN KNOX, J.C. HOLLINGSWORTH, DARYLE RYCARDO DOWELL, SR., RICKY WILFORD BALTHROP, SHELIAH RHONDA HUNTER, WILLIAM ROBERT MAUPIN, STEVEN EDWARD COUNTER, ROBERT S. HEATHCOCK, KERRY B. STAMPER, DONNA FAY REKART, JOHNNY LEE BUTLER, TOM BAKER JOHNSON, BRENDA COLEMAN, REBECCA SPICER, DONALD ALLEN SPILLERS, DENNIS ALAN BRAZZELL, and KENNY WAYNE JOHNSON ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | No. 3:08-cv-00695 JUDGE SHARP MAGISTRATE JUDGE BROWN |
| Plaintiffs, ) ) | |
| v. ) ) | |
| INTERNATIONAL UNION, UNITED AUTOMOBILE, AEROSPACE AND AGRICULTURAL IMPLEMENT WORKERS OF AMERICA ("UAW") and UNITED AUTO WORKERS LOCAL UNION 737 ("UAW LOCAL 737"), ) ) ) ) ) ) ) ) | |
| Defendants. ) | |

## ORDER

For the reasons explained in the Memorandum entered contemporaneously herewith, Plaintiffs' Objection to the Magistrate Judge's Ruling (Docket Entry No. 51) is hereby GRANTED. Plaintiffs shall have sixty (60) days to depose Defendants' representatives. Defendants' motion for summary judgment (Docket Entry No. 39) is hereby DENIED without

prejudice to refile following the completion of deposition discovery. Defendants shall have ninety (90) days to refile their motion.

It is so ORDERED.

_____
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE